JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE SHARP,<br><br>        Petitioner,<br><br>    vs.<br><br>ASHMALILI-GERST, Acting Judge,<br><br>        Respondent. | CASE NO. CV 14-08311 PA (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of TYRONE SHARP, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: January 22, 2015

                                      PERCY ANDERSON
                         UNITED STATES DISTRICT JUDGE